IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTOINE B. GAGE                                                                           PLAINTIFF

v.                                    No. 4:14-cv-497-DPM

BURGER KING; FLIS ENTERPRISES, INC.;
LISA MARTIN; and HEATHER HILL                                                  DEFENDANTS

### ORDER

Gage has as long as he wants to find a lawyer. Gage, however, must meet the Court's deadline, № 7, for providing addresses for service, and an agent for the entities. The case can proceed without a lawyer, but the case can't proceed without service. Information for Burger King, FLIS Enterprises, Inc., and Martin due by 30 October 2014. Motion, № 13, denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 October 2014