FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 05 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTOINE B. GAGE                                                PLAINTIFF

v.                    No. 4:14-cv-497-DPM

BURGER KING; FLIS ENTERPRISES, INC.;
LISA MARTIN; and HEATHER HILL                                  DEFENDANTS

ORDER

Hill's motion to dismiss, № 11, is granted. Liability can only attach to employers under Title VII. *Smith v. St. Bernards Regional Medical Center*, 19 F.3d 1254, 1255 (8th Cir. 1994). Gage's claims against Heather Hill are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2014