# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTOINE B. GAGE**                                                              **PLAINTIFF**

v.                                      No. 4:14-cv-497-DPM

**BURGER KING; FLIS ENTERPRISES, INC.;**
**and LISA MARTIN**                                                          **DEFENDANTS**

## ORDER

Gage has failed to provide service information for Burger King, FLIS Enterprises, Inc., or Martin as directed by this Court. № 7 & 14. These defendants haven't been served. More than 120 days have passed since Gage filed this case. As the Rules require, Gage's remaining claims are dismissed without prejudice for lack of timely service. FED. R. CIV. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2015