# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTOINE B. GAGE                                              PLAINTIFF

v.                          No. 4:14-cv-497-DPM

BURGER KING; FLIS ENTERPRISES, INC.;
LISA MARTIN; and HEATHER HILL                                DEFENDANTS

## JUDGMENT

Gage's complaint is dismissed without prejudice as to all claims and all defendants.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2015